John H. Feiner (Bar No. 089201)
Criminal Defense Advocates
One Park Plaza, Suite 600
Irvine, CA 92614
Tel.: (949) 852-7345
Fax: (949) 852-7346
E-Mail: jhfeiner@aol.com

Attorney-Designate for Defendant
Ashea R. Smith

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR-10-00194-RGK |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | |
| ASHEA R. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court having considered Defendant Ashea R. Smith's unopposed motion to continue his sentencing, good cause appearing there for;

IT IS HEREBY ORDERED that Defendant's sentencing is continued from March 14, 2011, to April 4, 2011, at 10:00 a.m.

Dated: February 10, 2011.          By: _____
                                              DISTRICT COURT JUDGE

cc: USPO

[PROPOSED] ORDER                                                                                     1